# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea, Edward F. | United States District Court | 8/01/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Senior Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

825 Jadwin Avenue, Ste. 320
Richland, WA 99352

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | ▨ Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▨▨▨▨ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | VISA | Consumer Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Northwestern Mutual Life Insurance | B | Dividend | K | T | | | | | |
| 2. | Northwestern Mutual Life Insurance | B | Dividend | L | T | | | | | |
| 3. | Northwestern Mutual Life Insurance | B | Dividend | L | T | | | | | |
| 4. | Prudential Life Insurance | A | Dividend | K | T | | | | | |
| 5. | South Boston Savings Bank Life Ins | A | Dividend | J | T | | | | | |
| 6. | GESA Credit Union | A | Interest | J | T | | | | | |
| 7. | Coins | | None | J | T | | | | | |
| 8. | Fishcreek Ltd | | None | K | T | | | | | |
| 9. | Art | | None | K | W | | | | | |
| 10. | | | | | | | | | | |
| 11. | Vanguard Health Care Fund, Admin Personal Acct. | B | Dividend | J | T | Sold (part) | 06/03/13 | L | E | |
| 12. | | | | | | | | | | |
| 13. | E/ SCHWAB RETIREMENT IRA | | | | | | | | | |
| 14. | F5 Networks (FFIV) | | None | | | Buy (add'l) | 02/04/13 | J | | |
| 15. | | | | | | Buy (add'l) | 03/01/13 | J | | |
| 16. | | | | | | Buy (add'l) | 03/21/13 | J | | |
| 17. | | | | | | Buy (add'l) | 04/02/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/08/13 | J | | |
| 19. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 20. | | | | | Sold | 09/19/13 | L | | |
| 21.  --BAC (IRA) | | None | L | T | Buy | 01/07/13 | K | | |
| 22. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 23. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 24. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 25. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 26. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 27.  --Driehaus Emerging Mkts | | None | L | T | | | | | |
| 28.  --Elan* | | None | | | Sold | 04/26/13 | K | A | |
| 29.  --Globix Corp | | None | J | T | | | | | |
| 30.  Linn Engy | | None | K | T | Buy | 12/23/13 | K | | |
| 31.  --Microsoft | | None | | | Sold | 07/19/13 | L | D | |
| 32.  --PASDX (IRA) | | None | | | Buy (add'l) | 05/07/13 | K | | |
| 33. | | | | | Sold (part) | 06/20/13 | K | | |
| 34. | | | | | Sold | 07/05/13 | K | | |

1. Income Gain Codes:    A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --PAUDX(IRA) | | None | | | Sold | 05/06/13 | K | B | |
| 36.   PRANA | | None | J | T | Buy | 03/06/13 | J | | |
| 37. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 38. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 39. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 40. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 41. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 42. | | | | | Sold | 08/30/13 | K | D | |
| 43. | | | | | Buy | 10/15/13 | J | | |
| 44. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 45.   Prothena(Spin off from Elan) | | None | K | T | Buy (add'l) | 06/18/13 | J | | |
| 46. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 47. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 48. | | | | | Sold | 09/19/13 | K | D | |
| 49. | | | | | Buy | 12/12/13 | K | | |
| 50.   Prudential (PRU) | | None | J | T | Buy (add'l) | 01/07/13 | J | | |
| 51. | | | | | Buy (add'l) | 02/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 53. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 54. | | | | | Sold (part) | 09/19/13 | K | D | |
| 55. --US Bank | None | K | T | | Buy (add'l) | 11/14/13 | J | | |
| 56. --Vanguard Health Care Fund (IRA) | None | K | T | | Sold (part) | 06/03/13 | K | E | |
| 57. --Verizon | None | | | | Sold | 09/19/13 | L | E | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. ▓/RETIREMENT ACCOUNT | | | | | | | | | |
| 61. Am. Euro PAC | None | J | T | | Sold (part) | 06/19/13 | J | | |
| 62. --Diversified Investment Advisors (DIV) - Plan Advisors | | | | | | | | | |
| 63. --Allainz NFJ Dividend Value A Fund | None | K | T | | Buy (add'l) | 07/25/13 | J | | |
| 64. | | | | | Sold (part) | 09/19/13 | K | | |
| 65. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 66. Columbia Small Cap | None | J | T | | Buy | 11/15/13 | J | | |
| 67. --Goldman Sacks Mid Cap Value Fund | None | K | T | | Buy (add'l) | 04/02/13 | J | | |
| 68. | | | | | Buy (add'l) | 07/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/19/13 | K | | |
| 70. --Mainstay Lg Cap Growth Fund | None | | K | T | Buy (add'l) | 01/23/13 | J | | |
| 71. | | | | | Sold (part) | 09/19/13 | K | | |
| 72. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 73. --Pimco Tot.Ret. Fund | None | | M | T | Sold (part) | 02/04/13 | K | | |
| 74. | | | | | Sold (part) | 07/26/13 | K | | |
| 75. | | | | | Sold (part) | 08/14/13 | K | | |
| 76. | | | | | Buy (add'l) | 11/15/13 | K | | |
| 77. --TFLIC | None | | L | T | Sold (part) | 01/23/13 | K | | |
| 78. | | | | | Sold (part) | 07/25/13 | K | | |
| 79. | | | | | Sold (part) | 08/14/13 | L | | |
| 80. | | | | | Buy (add'l) | 09/19/13 | L | | |
| 81. --Thornburg Int'l Value Fund | None | | J | T | Buy (add'l) | 01/23/13 | J | | |
| 82. | | | | | Buy (add'l) | 02/04/13 | K | | |
| 83. | | | | | Buy (add'l) | 08/14/13 | K | | |
| 84. --Vanguard Inst'l Index | None | | J | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. M/IRA - SCHWAB | | | | | | | | | |
| 88. --Calumet Sp. Prod | | None | J | T | Buy | 07/25/13 | J | | |
| 89. --PIMCO Tot Ret | | None | | | Sold | 07/23/13 | J | | |
| 90. --PIMCO All Asset All Authority (PAUDX) | | None | | | Sold | 07/22/13 | J | | |
| 91. --Powershares ETF | | None | K | T | Buy | 02/19/13 | J | | |
| 92. | | | | | Sold (part) | 07/22/13 | J | | |
| 93. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 94. Schwab Money Mkt | | None | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. SCHWAB JT ACCOUNT | | | | | | | | | |
| 97. Columet Sp. Prod | | None | | | Buy | 07/05/13 | K | | |
| 98. | | | | | Sold | 08/07/13 | K | | |
| 99. ELAN | | None | | | Sold (part) | 04/25/13 | J | | |
| 100. | | | | | Sold | 05/03/13 | J | | |
| 101. --Pimco All Asset (PASDX) | A | Dividend | | | Buy (add'l) | 05/07/13 | K | | |
| 102. | | | | | Sold (part) | 06/11/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 07/05/13 | K | A | |
| 104.  PRANA | | None | K | T | Buy | 03/06/13 | J | | |
| 105. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 106. | | | | | Buy (add'l) | 07/05/13 | J | | |
| 107. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 108. | | | | | Buy (add'l) | 07/25/13 | J | | |
| 109. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 110. | | | | | Sold (part) | 08/28/13 | K | D | |
| 111. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 112.  Prothena*** | | None | | | Buy (add'l) | 02/04/13 | J | | |
| 113. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 114. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 115. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 116. | | | | | Sold | 09/19/13 | K | | |
| 117. | | | | | | | | | |
| 118.  --Schwab Money Market Fund | A | Interest | K | T | | | | | |
| 119.  -- Schwab Cash Account | | Interest | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Schwab Invest Money Fund (Pers) SWAXX | A | Int./Div. | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 8/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Part VII, Investments and Trusts - Line 28  ELAN stock - sold all sometime in late spring.

\*\*Part VII, Investments and Trusts - Line 45 Prothena -was purchased December of  2012 and inadvertently omitted from the 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Edward F. Shea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544